NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCOTT TIMBER COMPANY,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5092

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-708, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

Scott Timber Company moves without opposition to withdraw Ruth G. Tiger as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Alan I. Saltman, Esq.
     Ellen M. Lynch, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 1 2012

JAN HORBALY
CLERK